AO 240A  (Rev. 1/94)

# UNITED STATES DISTRICT COURT

### For the District of MINNESOTA

Troy K. Scheffler,

       Plaintiff

      v.

Jack Molin, et al.,

       Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CIVIL NUMBER: 11cv03279 JNE/JJK

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this   8th   day of   November  ,   2011  .

*s/ Jeffrey J. Keyes*
Signature of Judicial Officer
JEFFREY J. KEYES,
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer