# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TROY K. SCHEFFLER,

                Plaintiff,

v.

MICHAEL MOLIN,                          11-CV-3279 JNE/JJK

And

CITY OF CRYSTAL,

                Defendants.

## NOTICE OF APPEARANCE OF ATTORNEY FOR THE PLAINTIFF

TO THE ABOVE-NAMED DEFENDANTS, BY AND THROUGH COUNSEL, PLEASE TAKE NOTE: I, Peter J. Nickitas, Peter J. Nickitas Law Office, LLC, MN ATT'Y #212313, hereby represent Plaintiff Troy K. Scheffler in the above-captioned lawsuit and am authorized to receive all papers, motions, and pleadings of any kind or description in this lawsuit on behalf of Mr. Scheffler.

Date: 26 December 2011                Respectfully submitted:

                                            PETER J. NICKITAS LAW OFFICE, LLC
                                            /s/ *Peter J. Nickitas*

                                            Peter J. Nickitas, MN Att'y #212313
                                            Attorney for the plaintiff
                                            431 S. 7th Street, Suite 2446
                                            P.O. Box 15221
                                            Minneapolis, Minnesota 55415-0221
                                            Tel. 651.238.3445/FAX 1.888.389.7890
                                            Email: peterjnickitaslawllc@gmail.com
                                            PeterN5@aol.com