# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Troy K. Scheffler, | **NOTICE OF WITHDRAWAL**<br>**AND SUBSTITUTION OF COUNSEL** |
| Plaintiff | |
| | Case No: 11-cv-3279 (JNE/JJK) |
| v. | |
| Jack Molin, and<br>City of Crystal, | |
| Defendants | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jana O'Leary Sullivan hereby substitutes as counsel for James J. Mongé III, to represent Defendants Michael Molin and City of Crystal in this case.

Date: February 6, 2012

s/ Jana O'Leary Sullivan
Jana O'Leary Sullivan
Minnesota Attorney ID #0329034
League of Minnesota Cities
145 University Avenue West
St. Paul, MN 55103
Telephone: (651) 281-1243
Facsimile: (651) 281-1298
jsullivan@lmc.org

Attorney for Defendants Michael Molin
and City of Crystal

Date: February 6, 2011

s/ James J. Mongé III
James J. Mongé III
Minnesota Attorney ID #29200X
League of Minnesota Cities
145 University Avenue West
St. Paul, MN 55103
Telephone: (651) 281-1271