AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| Troy K. Scheffler  *Plaintiff* | ) ) ) ) |
| v. | ) Civil Action No. 11cv03279 JNE/JJK |
| Jack Molin and City of Crystal  *Defendant* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jack Molin
4141 Douglas Dr
Crystal, MN 55422

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Troy Scheffler
965 104th Ave NW
Coon Rapids, MN 55433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN
CLERK OF COURT

Date: 11/16/11

_____
*Signature of Clerk or Deputy Clerk*

*[Stamps: RECEIVED MAR 01 2012 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA; RECEIVED 2011 NOV 17 P 12:17 US MARSHALS SERVICE MPLS MN; SCANNED MAR - 2 2012 U.S. DISTRICT COURT MPLS]*

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Troy K. Scheffler | COURT CASE NUMBER: 11cv03279 JNE/JJK |
| DEFENDANT: Jack Molin and City of Crystal | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jack Molin

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4141 Douglas Dr., Crystal, MN 55422

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Scheffler
965 104th Ave NW
Coon Rapids, MN 55433

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Defendant is a building inspector at the Crystal City Hall (Above Address)

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER: 763 225 7702 | DATE: 11-11-11 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date: 11·17·11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Chrissy Serres, City Clerk

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
1st 299 - 11-17-2011
2nd 299 - 02-09-2012

| Date of Service: 2/22/2012 | Time: 9:08 ☑ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors): 0 | Forwarding Fee: 8 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
See Charges on City of Crystal USM-285

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy K. Scheffler | 11cv03279 JNE/JJK |
| DEFENDANT | TYPE OF PROCESS |
| City of Crystal et al | C.v.1 |

| SERVE → | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | City of Crystal |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 4141 Douglas Dr., Crystal MN 55422 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Scheffler
965 104th Ave NW
Coon Rapids, MN 55433

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 7632257702
DATE: 11-11-11

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date 11.17.11 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Chrissy Serres, City Clerk

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
1st 299 - 11-17-2011
2nd 299 - 02-09-2012

Date of Service: 2/22/2012
Time: 9:08 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55 | 4 X .51 | 8 | 65.04 | | 65.04 | |

REMARKS: $2.04

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|