

Peter Nickitas <peterjnickitaslawllc@gmail.com>

## Scheffler-v-Molin-et-al

**Keyes_Chambers@mnd.uscourts.gov** <Keyes_Chambers@mnd.uscourts.gov>　　　Tue, Jul 31, 2012 at 10:04 AM
To: Peter Nickitas <peterjnickitaslawllc@gmail.com>
Cc: jsullivan@lmc.org

Counsel -

The Court will permit Mr. Nickitas to file the letter and the accompanying
documents as a supplemental brief concerning the motion to compel.  The
Court will also permit Defendants to file a letter of no more than 3 pages
as a supplemental response to Mr. Nickitas's July 31 letter.  Once these
materials are filed, the Court will consider them in making its ruling on
the motion to compel.

Sincerely,

Brian J. Pousson
Law Clerk to U.S. Magistrate Judge Jeffrey J. Keyes
U.S. District Court - Minnesota
646 Warren E. Burger Federal Courthouse
316 North Robert Street
St. Paul, MN  55101
Phone:  651/848-1180



　　　Scheffler-v-Molin-et-al


　　　Peter Nickitas
　　　　　to:
　　　　　　Keyes_Chambers
　　　　　　　　　　　　　07/31/2012 09:38 AM




　　　Cc:
　　　　jsullivan
[Quoted text hidden]
peterjnickitaslawllc@gmail.com[attachment
"2012_07_31_SCHEFFLER_LETTER-TO-M.J.-KEYES.doc.pdf" deleted by Brian
Pousson/MND/08/USCOURTS] [attachment "2012_07_30_07_12_43.pdf" deleted by
Brian Pousson/MND/08/USCOURTS] [attachment
"2012_07_26_11_31_38_SCHEFFLER-MOLIN_SUPPLEMENTAL-DEFT-RPDs copy.pdf"
deleted by Brian Pousson/MND/08/USCOURTS]