**PETER J. NICKITAS LAW OFFICE, L.L.C.**
ATTORNEY AT LAW
431 S. 7TH STREET, SUITE 2446
MINNEAPOLIS, MINNESOTA 55415-1854
TEL. 651.238.3445 – FAX 1.888.389.7890
EMAIL: PETERJNICKITASLAWLLC@GMAIL.COM, PETERN5@AOL.COM
LICENSED IN MINNESOTA AND WISCONSIN
GRAPHIC LABOR PROVIDED IN-HOUSE

30 July 2012

Jana O'Leary Sullivan, Attorney at Law
Attorney for defendants Jack Molin and City of Crystal
League of Minnesota Cities
145 University Avenue West
Saint Paul, MN 55103-2044
651.281.1200/FAX 651.281.1298
www.lmc.org

Re: Scheffler v. Molin and City of Crystal, 11-CV-3279 (D. Minn. 2012) JNE/JJK

VIA MAIL AND FAX

Dear Ms. Sullivan:

    As you may recall, I represent Mr. Troy Scheffler in the above lawsuit. I am in receipt of the defendants' supplemental answer to Mr. Scheffler's request for production of documents.

    The supplemental request for production of documents includes a revised Fed. R. Civ. P. 26(b)(5) privilege log. Please find accompanying this letter pages 1 to 3 of the log. The privilege log sets forth each privileged item row-by-row, with various identifying criteria described column-by-column. The final column on the right is entitled "privilege" I note twenty-one items in this log that the defendants list as privileged, yet have no explanation in the "privilege" cell other than "MGDPA". "MGPDA" is a common abbreviation for "Minnesota Government Data Practices Act."

    No item citing "MGDPA" as the privilege has any statutory citation. As you may recall, all data are presumably public data under the MGDPA unless the Act classifies data differently. The following items, identified by date and description, appear to have relevance to this lawsuit, yet the defendants withhold them for no reason other than "MGDPA":

| Date | Description |
|---|---|
| 04/01/08 | "Investigation-Workplace Conduct Policy Complaint w/Redaction |
| 02/14/11 | CBO Continuing Education Summary w/Redaction . |
| Various 2002 – 12 | Performance Evaluation Forms |
| 09/24/10 | Discipline – Employee Conduct at September 9 Administrative Hearing with Redaction |

Letter to Jana Sullivan, League of Minnesota Cities
Re Scheffler v. Molin and City of Crystal
30 July 2012
Page 2

| Date | Description |
|---|---|
| 07/02/09 | "Other Personnel Documents" |
| 10/23/08 | Other personnel documents |
| 10/27/08 | Other personnel documents |
| 04/03/02 | Completed employment application with redactions |
| 04/09/02 | Miscellaneous notes and forms regarding employment interviewing |
| 09/2010 | Complaint investigation (Author: "various City of Crystal employees) |
| 10/2008 | Complaint investigation (Author:    "    "    "    "    ) |
| 03/2008 | Complaint investigation (Author:    "    "    "    "    ) |

The above items identified as data relating to the three employment complaints against Mr. Molin in March-April 2008, October 2008 involving Mr. Scheffler, and September 2010 are governed by Minn. Stat. § 13.43 subd. 2(a)(5). The final disciplinary action, the basis or bases for the action, and the underlying facts are all public data under the MGDPA. See *Edina Educ. Ass'n v. Bd. of Educ. of Indep. School Dist. No. 273 (Edina)*, 562 N.W.2d 306, 311 - 12 (Minn. Ct. App. 1997), review denied, (Minn. June 11, 1997)[1], Comm'r Admin. Op'n 96-004. The above-noted data relating to complaint investigations do not enjoy the protection of any privilege. They are public data. They are accessible to Mr. Scheffler now. Mr. Scheffler demands their release to him forthwith.

The remaining noted data are presumptively public and are accessible to him now. He demands their release forthwith.

This communication represents an effort to meet and confer to resolve a discovery dispute without resort to motion practice in accordance with LR D. Minn. 37.1 and Fed. R. Civ. P. 26, 33, 34, and 37. Mr. Scheffler notes this to be a continuing discovery violation, notwithstanding Mr. Scheffler's first motion to compel discovery and the court's evident disapproval of the defendants' nondisclosure at hearing.

---

[1] "The fact that the school district later used some of the data to support a letter of deficiency did not change this result; the data became public as personnel data used to document a disciplinary action." See also *Minneapolis Fed'n of Teachers v. Minneapolis Public Schs.*, 512 N.W.2d 107, 111 (Minn. Ct. App. 1994), review denied, (Minn. Mar. 31, 1994) (same).

Letter to Jana Sullivan, League of Minnesota Cities
Re: Scheffler v. Molin and City of Crystal
30 July 2012
Page 3

  Mr. Scheffler demands production of the above data by Friday the 3rd of August, 2012 to avoid additional motion practice in accordance with Fed. R. Civ. P. 26, 34, and 37, and Minn. Stat. § 13.08 subd. 4(a). Please feel free to contact me should you desire to discuss this further.

                Very truly yours,

                /s/ Peter J. Nickitas
                _____
                Peter J. Nickitas

Enclosure
cc: Mr. Troy Scheffler

*Scheffler v. Jack Molin and the City of Crystal, Minnesota*
Court File No.:11-CV-3179 (JNE/JJK)

### Defendants' Privilege Log (05/11/12)

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|---|---|---|---|---|---|---|
| 11/24/08 | Email | Anne Norris | Michael Norton | Email from Scheffler forwarded to City Attorney w/Redaction | LMC | Attorney Client Privileged communication between City employee and City Attorney |
| 04/01/08 | Memorandum | Anne Norris | Jack Molin | Investigation-Workplace Conduct Policy Complaint w/Redaction | LMC | MGDPA |
| 02/14/11 | Report | Jack Molin | MN DOLI | CBO Continuing Education Summary w/Redaction | LMC | MGDPA |
| Various 2002 - 2012 | Form | Patrick Peters | Jack Molin | Performance Evaluation Forms | LMC | MGDPA |
| 09/24/10 | Memorandum | Anne Norris | Jack Molin | Discipline – Employee Conduct at September 9 Administrative Hearing w/Redactions | LMC | MGDPA |

1

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|---|---|---|---|---|---|---|
| 07/02/09 | Memorandum | | Jack Molin | Other Personnel Documents | LMC | MGDPA |
| 10/23/08 | Memorandum | Anne Norris | Jack Molin | Other Personnel Documents | LMC | MGDPA |
| 10/27/08 | Memorandum | Non-Public | Anne Norris | Other Personnel Documents | LMC | MGDPA |
| 04/20/02 | Form | Jack Molin | City of Crystal | Authorization/Release Form | LMC | MGDPA |
| 04/23/02 | Form | Jack Molin | City of Crystal | New Employee Driver's License Information | LMC | MGDPA |
| 04/20/02 | Letter | Jack Molin | Marquitta Frost | Transmittal of Background Check and Driver's License Clearance | LMC | MGDPA |
| 04/22/02 | Record Check | Crystal Police Department | | Records Check | LMC | MGDPA |
| 04/03/02 | Employment Application | Jack Molin | City of Crystal | Completed employment application w/Redactions | LMC | MGDPA |
| Undated | Resume | Jack Molin | | Personal Resume Form w/Redactions | LMC | MGDPA |
| 04/03/02 | Letter | Jack Molin | City of Crystal | Cover Letter to Employment Application Submission | LMC | MGDPA |

2

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|---|---|---|---|---|---|---|
| 04/09/02 | Misc Forms and Notes | Various City of Crystal Employees | City of Crystal | Miscellaneous notes and forms regarding employment interviewing process | LMC | MGDPA |
| 09/2010 | File | Various City of Crystal Employees | Anne Norris | Complaint Investigation | LMC | MGDPA |
| 10/2008 | File | Various City of Crystal Employees | Anne Norris | Complaint Investigation | LMC | MGDPA |
| 03/2008 | File | Various City of Crystal Employees | Anne Norris | Complaint Investigation | LMC | MGDPA |
| 01/02/07 | Email | Patrick Peters | Anne Norris | Department Reorganization | LMC | MGDPA |
| Various 2002 to 2012 | Checklists | Jack Molin | City of Crystal | Health Fair Checklists | LMC | MGDPA |
| 05/23/07 | Email | Gail Trenholm | Jason Zimmerman | Email String re 6311 Corvallis w/Redactions | LMC | MGDPA |
| 07/20/12 Supplement | | | | | | |
| 10/15/08 | Email | Kim Therres | John Banick | Email string re: Norton advice | LMC | Attorney Client Privileged communication between City employee and City Attorney |

3