

LEAGUE OF
MINNESOTA
CITIES

CONNECTING & INNOVATING
SINCE 1913

Direct Dial: (651) 281-1243
jsullivan@lmc.org

July 23, 2012


Peter J. Nickitas
431 S. Seventh Street, Ste. 2446
PO Box 15221
Minneapolis, MN  55402

**RE:     Scheffler v. Jack Molin and City of Crystal**
**Court File No. 11-cv-03279-JNE-JJK**

Dear Mr. Nickitas:

Enclosed and served upon you are Defendants' Supplemental Responses to Plaintiff's Request for
Production of Documents.

Sincerely,

Jana O'Leary Sullivan
Attorney at Law

JOS/sc
Enclosure

LEAGUE OF MINNESOTA CITIES
INSURANCE TRUST

145 UNIVERSITY AVE. WEST       PHONE: (651) 281-1200    FAX: (651) 281-1298
ST. PAUL, MN 55103-2044    TOLL FREE: (800) 925-1122    WEB: WWW.LMC.ORG

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Troy K. Scheffler,

        Plaintiff,

v.

Jack Molin and the
City of Crystal, Minnesota,

        Defendants.

Court File No. 11-CV-3279 (JNE/JJK)

**DEFENDANTS' SUPPLEMENTAL
RESPONSES TO PLAINTIFF'S
REQUEST FOR PRODUCTION OF
DOCUMENTS**

---

TO:    PLAINTIFF ABOVE-NAMED AND HIS COUNSEL

        Defendants Jack Molin and City of Crystal ("Defendants") for their Responses to Plaintiff's Request for Production of Documents responds as follows:

### PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

        Defendants have not completed their discovery and investigation in this action or their preparation for trial. The following responses are based upon Defendants' knowledge as of the date of these responses and are given without prejudice to Defendants' right to produce any subsequently discovered information or to amend its responses in accordance with that information.

1.    Defendants object to Plaintiff's definitions insofar as they would imply any obligations to respond to Plaintiff's request other than is required within the scope of the Rules of Civil Procedure.

2.    Defendants object to each request for production of documents to the extent that they request information or documents protected by any privilege or immunity, including but not limited to the attorney-client privilege, work product doctrine, and mental processes privilege.

3.    Defendants object to each request for production of documents to the extent that it is not limited to documents or information within Defendants' possession.

4.    Defendants will make reasonable efforts to respond to each request for production of documents to the extent it is unobjectionable, as Defendants understand and interpret the request. If Plaintiff subsequently asserts any interpretation of any request which differs, Defendants reserve the right to supplement their objections and production.

5. Defendants object to these request for production of documents to the extent that they require the City to collect and supply information that is in the public domain or otherwise obtainable by Plaintiff as easily from other sources as from Defendants.

6. Defendants object to each and every request for production of documents to the extent that an interrogatory calls for the review of documents which on their face do not relate to the subject matter of this litigation and are not reasonably calculated to lead to the discovery of admissible evidence. Such interrogatories are overly broad and ambiguous, seek information and the production of documents that are not relevant to the subject matter of this action, and the production of such materials would impose an undue burden and expense on the Defendants.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO. 2:** Produce all documents of and concerning plaintiff, not privileged, in the possession or control of the City of Crystal, its agents, or its representatives.

**RESPONSE:** Defendants object to this request because it (1) is vague, overly broad, and unduly burdensome; (2) seeks information that is irrelevant and/or not likely to lead to the discovery of admissible evidence; (3) attempts to impose burdens on Defendants in excess of that provided in the Federal Rules of Civil Procedure; and/or (4) seeks private, confidential, or non-public data protected from disclosure by the Minnesota Government Data Practices Act.

Subject to and without waiving said objections, see attached documents.

Investigation and discovery are continuing.

**REQUEST NO. 3:** Produce a true copy of the defendants' privilege logs, maintained in accordance with Fed. R. Civ. P. 26(b)(5).

**RESPONSE:** Please find the attached supplemented privilege log.

Investigation and discovery are continuing.

## ACKNOWLEDGMENT OF COSTS AND FEES

The undersigned attorney, on behalf of Defendants Jack Molin and City of Crystal, in accordance with Minnesota Statute § 549.211, Subd. 1 acknowledges that sanctions may be imposed under this section.

LEAGUE OF MINNESOTA CITIES

Date: July 23, 2012

Jana O'Leary Sullivan (MN ID 329034)
145 University Avenue West
St. Paul, MN 55103-2044
Telephone: 651-281-1243
Facsimile: 651-281-1298
jsullivan@lmc.org
Attorney for Defendants

**PROOF OF SERVICE**
The undersigned certifies that the foregoing
Instrument was served upon all parties to the
above cause by depositing a copy thereof in the
U.S. Mail. postage prepaid. in envelopes addressed
to each of the attorneys of record herein at their
respective addresses disclosed on the pleadings
on July 23 2012

**Kim Therres**

| | |
|---|---|
| **From:** | Kim Therres |
| **Sent:** | Thursday, September 17, 2009 11:39 AM |
| **To:** | Janet Lewis |
| **Subject:** | Accepted: Troy Scheffler Data Request |

**Kim Therres**

| | |
|---|---|
| **From:** | Kim Therres |
| **Sent:** | Tuesday, October 21, 2008 1:44 PM |
| **To:** | Jenny Gooden; Patrick Peters |
| **Cc:** | Anne Norris; Charles Hansen |
| **Subject:** | Mr. Scheffler's Claim |

Jenny and Patrick,

Mr. Scheffler visited city hall on October 3, 2008 and met with Jack Molin.  Following the meeting, Mr. Scheffler has submitted a claim against the city.  The claim was submitted to our insurance company (LMCIT) and has been assigned to an adjuster for review.  I received a call today from Mike Sullivan of Allied Adjusters, who has been assigned to the claim.  He will be contacting you within the next two weeks regarding this claim.  I wanted you to know that he will be contacting you so you are not surprised by his call.  In the meantime, if you would like to contact him directly you may call him at 612-766-3704 or send him a fax at 612-766-3799.

Kim

1

**Anne Norris**

| | |
|---|---|
| **From:** | Anne Norris |
| **Sent:** | Thursday, September 17, 2009 11:41 AM |
| **To:** | Janet Lewis |
| **Subject:** | Accepted: Troy Scheffler Data Request |

**Anne Norris**

| | |
|---|---|
| **From:** | Anne Norris |
| **Sent:** | Thursday, October 23, 2008 1:48 PM |
| **To:** | John Banick |
| **Subject:** | Weekly Meeting |

John – Here's what I have for our weekly meeting:

- walk-throughs at voting places?
- Noonan letter
- 3414 Louisiana status, audit of property room
- stop signs – Lee Park neighborhood
- LMC training next week
- Deputy Chief interviews
- Forest School speed, other?
- Scheffler claim – Holm's comments
- Holm
- Budget

What am I forgetting?  Thanks.  Anne

1

*Scheffler v. Jack Molin and the City of Crystal, Minnesota*
**Court File No.:11-CV-3179 (JNE/JJK)**

## Defendants' Privilege Log (05/11/12)

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|------|------|--------|-----------|-------------|-------------------|-----------|
| 11/24/08 | Email | Anne Norris | Michael Norton | Email from Scheffler forwarded to City Attorney w/Redaction | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 04/01/08 | Memorandum | Anne Norris | Jack Molin | Investigation-Workplace Conduct Policy Complaint w/Redaction | LMC | MGDPA |
| 02/14/11 | Report | Jack Molin | MN DOLI | CBO Continuing Education Summary w/Redaction | LMC | MGDPA |
| Various 2002 - 2012 | Form | Patrick Peters | Jack Molin | Performance Evaluation Forms | LMC | MGDPA |
| 09/24/10 | Memorandum | Anne Norris | Jack Molin | Discipline – Employee Conduct at September 9 Administrative Hearing w/Redactions | LMC | MGDPA |

1

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|---|---|---|---|---|---|---|
| 07/02/09 | Memorandum | | Jack Molin | Other Personnel Documents | LMC | MGDPA |
| 10/23/08 | Memorandum | Anne Norris | Jack Molin | Other Personnel Documents | LMC | MGDPA |
| 10/27/08 | Memorandum | Non-Public | Anne Norris | Other Personnel Documents | LMC | MGDPA |
| 04/20/02 | Form | Jack Molin | City of Crystal | Authorization/Release Form | LMC | MGDPA |
| 04/23/02 | Form | Jack Molin | City of Crystal | New Employee Driver's License Information | LMC | MGDPA |
| 04/20/02 | Letter | Jack Molin | Marquitta Frost | Transmittal of Background Check and Driver's License Clearance | LMC | MGDPA |
| 04/22/02 | Record Check | Crystal Police Department | | Records Check | LMC | MGDPA |
| 04/03/02 | Employment Application | Jack Molin | City of Crystal | Completed employment application w/Redactions | LMC | MGDPA |
| Undated | Resume | Jack Molin | | Personal Resume Form w/Redactions | LMC | MGDPA |
| 04/03/02 | Letter | Jack Molin | City of Crystal | Cover Letter to Employment Application Submission | LMC | MGDPA |

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|------|------|--------|-----------|-------------|-------------------|-----------|
| 04/09/02 | Misc Forms and Notes | Various City of Crystal Employees | City of Crystal | Miscellaneous notes and forms regarding employment interviewing process | LMC | MGDPA |
| 09/2010 | File | Various City of Crystal Employees | Anne Norris | Complaint Investigation | LMC | MGDPA |
| 10/2008 | File | Various City of Crystal Employees | Anne Norris | Complaint Investigation | LMC | MGDPA |
| 03/2008 | File | Various City of Crystal Employees | Anne Norris | Complaint Investigation | LMC | MGDPA |
| 01/02/07 | Email | Patrick Peters | Anne Norris | Department Reorganization | LMC | MGDPA |
| Various 2002 to 2012 | Checklists | Jack Molin | City of Crystal | Health Fair Checklists | LMC | MGDPA |
| 05/23/07 | Email | Gail Trenholm | Jason Zimmerman | Email String re 6311 Corvallis w/Redactions | LMC | MGDPA |
| 07/20/12 Supplement | | | | | | |
| 10/15/08 | Email | Kim Therres | John Banick | Email string re: Norton advice | LMC | Attorney Client  Privileged communication between City employee and City Attorney |

3

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|------|------|--------|-----------|-------------|-------------------|-----------|
| 09/15/09 | Email | Michael Norton | Therres, Norris, Peters, Banick | Email string re: Troy Scheffler Data Request | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 09/22/09 | Email | Michael Norton | Lewis, Therres, Norris | Email string re: Data Request from Troy Scheffler's attorney | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 09/22/09 | Email | Anne Norris | Lewis, Norton, Therres | Email string re: Data Request from Troy Scheffler's attorney | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 09/15/09 | Email | Anne Norris | Therres, Peters, Banick, Norton, Lewis | Email string re: Troy Scheffler data request | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 10/14/08 | Email | Anne Norris | Michael Norton | Email re: Letter regarding claim | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |

4

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|------|------|--------|-----------|-------------|-------------------|-----------|
| 10/14/08 | Email | Anne Norris | Michael Norton | Email re: Letter regarding claim | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 10/21/08 | Email | Anne Norris | Norton, Therres | Email re: Investigation | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 10/22/08 | Email | Anne Norris | Lewis, Peters, Therres, Norton | Email string re: Update on Data Practice Request | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 11/24/08 | Email | Anne Norris | Norton | Email string re: Letter to Scheffler | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 09/16/09 | Email | Kim Therres | Janet Lewis | Email string re: Heine advice | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |

| Date | Type | Author | Addressee | Description | Present Custodian | Privilege |
|------|------|--------|-----------|-------------|-------------------|-----------|
| 10/31/08 | Email | Kim Therres | Jenny Gooden | Email string re: Norton advice | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 10/21/08 | Email | Kim Therres | Michael Norton | Email re: Scheffler Claim and Request | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 10/21/08 | Email | Kim Therres | Norton, Norris | Email re: Investigation | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |
| 10/15/08 | Email | Kim Therres | John Banick | Email re: advice from Norton | LMC | Attorney Client<br><br>Privileged communication between City employee and City Attorney |



145 UNIVERSITY AVE. WEST
ST. PAUL, MN 55103-2044

WWW.LMC.ORG

LEAGUE OF
MINNESOTA
CITIES

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M        $ 00.67⁴
0004216213    JUL 23  2012
MAILED FROM ZIP CODE 55103

4103

**Peter J. Nickitas**
431 S. Seventh Street, Ste. 2446
PO Box 15221
Minneapolis, MN  55402

FH✳DEMP  55415