### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Troy K. Scheffler,<br>　　　　　Plaintiff,<br><br>v.<br><br>Jack Molin, in his individual capacity acting under color of law as a Crystal Building Inspector, and City of Crystal, Minnesota,<br>　　　　　Defendants. | Civ. No. 11-3279 (JNE/JJK)<br><br><br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Compel Discovery. (Doc. No. 65.) On October 1, 2012, the Court held a hearing on the motion and the parties' counsel presented oral argument. Based on the motion, Defendants' response, the hearing, the record, and all the files and proceedings therein, **IT IS HEREBY ORDERED** that:

　　　　1.　　Plaintiff's Motion to Compel Discovery (Doc. No. 65), is **GRANTED IN PART** and **DENIED IN PART** as stated on the record and as set forth in this Order;

　　　　2.　　Plaintiff's motion is **GRANTED** to the extent Plaintiff seeks an unredacted copy of an investigation report. Defendants provided Plaintiff the unredacted copy at the hearing, and Plaintiff is bound by the limitations on the use of such information and its treatment as confidential that the Court imposed in its August 10, 2012 Order (Doc. No. 63 at 21–22);

3.	Plaintiff's motion is **DENIED AS MOOT** to the extent he requests that Defendant Jack Molin be required to verify a response to all Plaintiff's interrogatories.  At the hearing, Plaintiff withdrew this request and represented that he seeks no further relief;

4.	Plaintiff's motion is **DENIED** to the extent that he seeks further specificity in Defendants' response to Plaintiff's Interrogatory No. 2.  Defendants need not provide any further specificity concerning their affirmative defenses of qualified immunity, official immunity, statutory immunity, and vicarious official immunity;

5.	Plaintiff's motion is **DENIED** to the extent he seeks documents relating to two other incidents of disciplinary action taken by Defendant City of Crystal against Defendant Jack Molin;

6.	Plaintiff's motion is **DENIED** to the extent he asks the Court to enter an umbrella protective order;

7.	Plaintiff's motion is **DENIED** to the extent he asks the Court to modify the Scheduling Order to allow additional time for discovery.


Date: October 1, 2012                                         s/ Jeffrey J. Keyes
                                                              JEFFREY J. KEYES
                                                              United States Magistrate Judge